IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jane Doe 8, | ) | Civil Action No. 6:22-cv-02957-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Varsity Brands, LLC; Varsity Spirit, LLC; | ) | |
| Varsity Brands Holding Company, Inc.; U.S. | ) | **DEFENDANT JOSH GUYTON'S** |
| All Star Federation, Inc. d/b/a U.S. All Star | ) | **Rule 26(f) REPORT** |
| Federation; USA Federation of Sport | ) | |
| Cheering d/b/a USA Cheer; Charlesbank | ) | |
| Capital Partners, LP; Bain Capital, LP; Jeff | ) | |
| Webb, individually; Rockstar Cheer & | ) | |
| Dance, Inc.; Katherine Anne Foster as the | ) | |
| personal representative of the Estate of Scott | ) | |
| Foster; Kathy Foster individually; Josh | ) | |
| Guyton; Christopher Hinton; Tracy a/k/a or | ) | |
| f/k/a Traevon Black; and other Unknown | ) | |
| Defendants, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

1

☐  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

Respectfully submitted,

s/ William G. Yarborough, III
Federal Bar Number 5192
308 West Stone Avenue
Greenville, South Carolina 29609
Office: (864) 331-1612
Fax: (864) 271-0711
bill@wgylaw.com

**COUNSEL FOR DEFENDANT JOSH GUYTON**

2