IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jane Doe 8, | ) | Civil Action No. 6:22-cv-02957-HMH |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation; USA Federation of Sport Cheering d/b/a USA Cheer; Charlesbank Capital Partners, LP; Bain Capital, LP; Jeff Webb, individually; Rockstar Cheer & Dance, Inc.; Katherine Anne Foster as the personal representative of the Estate of Scott Foster; Kathy Foster individually; Josh Guyton; Christopher Hinton; Tracy a/k/a or f/k/a Traevon Black; and other Unknown Defendants, | ) | **DEFENDANT JOSH GUYTON'S NOTICE TO JOIN THE JOINT RULE 26 DISCOVERY PLAN OF DEFENDANTS VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY BRANDS HOLDING COMPANY, INC.; JEFFREY WEBB; ROCKSTAR CHEER & DANCE, INC.; KATHY FOSTER INDIVIDUALLY, and U.S. ALL STAR FEDERATION** |
| Defendants. | ) | |

The Defendant Josh Guyton, by and through undersigned counsel, hereby provides notice that he joins the Joint Rule 26 Discovery Plan and Proposed Case Management Order Establishing Discovery Protocols and ESI Production (ECF# 141, 141-1, 140), which was filed with this Court on July 31, 2023 by Varsity Spirit, LLC. Undersigned consulted with Counsel for Varsity Spirit, LLC, Deborah B. Barbier, Esq. prior to submitting this filing.

Respectfully submitted,

s/ William G. Yarborough, III

1

Federal Bar Number 5192
308 West Stone Avenue
Greenville, South Carolina 29609
Office: (864) 331-1612
Fax: (864) 271-0711
bill@wgylaw.com

**COUNSEL FOR DEFENDANT JOSH GUYTON**

2