UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Jane Doe 8, | Civil Action No. 6:22-cv-03508-HMH |
| Plaintiff, | |
| v. | |
| Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; U.S. All Star Federation d/b/a U.S. All Star Federation; USA Federation for Sport Cheering d/b/a USA Cheer; Charlesbank Capital Partners, LP; Bain Capital, LP; Jeff Webb, individually; Rockstar Cheer & Dance, Inc.; Katherine Anne Foster as the personal representative of the Estate of Scott Foster; Kathy Foster, individually; Josh Guyton; Christopher Hinton; Traevon Black a/k/a Tray Black n/k/a Tracey Black; and other Unknown Defendants, | **ADR STATEMENT AND CERTIFICATION OF DEFENDANTS ROCKSTAR CHEER & DANCE, INC. AND KATHY FOSTER INDIVIDUALLY** |
| Defendants. | |

Pursuant to Paragraph 3 of the Conference and Scheduling Order (Docket No. 134), the undersigned counsel for Defendants Rockstar Cheer & Dance, Inc. ("Rockstar") and Kathy Foster Individually ("Ms. Foster") (collectively, "these Defendants") states that he has (1) discussed the availability of mediation with these Defendants, and (2) discussed the advisability and timing of mediation with opposing counsel. The parties intend to mediate the case, but the timing and process for mediation have not yet been determined.

    <u>*s/Curtis W. Dowling*</u>
CURTIS W. DOWLING, DIST. CT. ID NO. 4185
MATTHEW G. GERRALD, DIST. CT. ID NO. 10055
BARNES, ALFORD, STORK & JOHNSON, LLP
1613 Main Street (29201)
Post Office Box 8448
Columbia, SC 29202
803.799.1111 (Office)
803.254.1335 (Fax)
curtis@basjlaw.com
matt@basjlaw.com
Attorneys for Defendants
Rockstar Cheer & Dance, Inc. and
Kathy Foster Individually

August 2, 2023